## UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
## TAMPA DIVISION

**ELAYNE FIGUEROA, on behalf
of herself and on behalf of all others
similarly situated,**

      **Plaintiff,**

**v.**                      **CASE NO.: 8:17-cv-01780-JSM-AEP**

**BAYCARE HEALTH SYSTEM, INC.,**

      **Defendant.**

_____/

### ORDER GRANTING PLAINTIFF'S MOTION FOR ATTORNEYS' FEES

UPON DUE AND CAREFUL CONSIDERATION of the procedural history of this case, together with the Plaintiff's counsel's written submission, it is ORDERED AND ADJUDGED that the Plaintiff's Unopposed Motion for Attorneys' Fees and Costs and a Class Representative Service Award (Doc. 80) is granted. Plaintiff's counsel is awarded a fee consisting of one-third of the total common fund, equivalent to $28,333.33.   The named Plaintiff, ELAYNE FIGUEROA, is awarded an incentive award of $5,000.00.

IT IS SO ORDERED this November 14, 2018.

_____
JAMES S. MOODY, JR.
UNITED STATES DISTRICT JUDGE